8 F.3d 813
 In re Trump's Castle Associates, a/k/a Trump's Castle Hotel
and Casino, Inc., a/k/a Trump's Castle Hotel and Casino,
a/k/a Trump's Castle Casino Hotel, a/k/a Trump's Castle
Associates, T.C.A., a/k/a Trump's Castle Casino Resort by
the Bay, a/k/a Trump's Castle Associates Limited
Partnership; Santoro (Louis)
v.
Trump's Castle Associates
 NO. 93-5042
 United States Court of Appeals,
Third Circuit.
 Sept 10, 1993
 
 1
 Appeal From: D.N.J.,
 
 
 2
 Gerry, C.J.
 
 
 3
 AFFIRMED.